DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM CHARLES JONES, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-2053

[October 12, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312014CF001127A.

A. Julia Graves, Vero Beach, appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and LEVINE, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***